THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00250-MR-DLH

| | |
|---|---|
| BRONCO CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SCHOTTEN FENSTER, LLC, ) | |
| VINNY CURRAN, HOLLIS ) | |
| ARCHITECTURAL PRODUCTS, LLC, ) | |
| and FRAZIER HOLLIS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Motion to Dismiss of Hollis Architectural Products, LLC and Frazier Hollis [Doc. 26].

Upon review of the Defendants' motion, and in light of the Plaintiff's consent thereto,

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss [Doc. 26] is **GRANTED**, and the Plaintiff's claims against Hollis Architectural Products, LLC and Frazier Hollis are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

_____
Martin Reidinger
United States District Judge