# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### CIVIL CASE NO. 1:14-cv-00250-MR-DLH

| | |
|---|---|
| **BRONCO CONSTRUCTION, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **SCHOTTEN FENSTER LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte.*

This matter was stayed on February 11, 2015, based on the Notice of Suggestion of Bankruptcy filed by Defendant Vinny Curran. [Doc. 25]. Upon review of the record of this matter, the Court concludes that a report is required from the parties regarding the status of this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report regarding the status of this action.

Signed: June 22, 2017

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge